COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION

Cause number:        01-15-00994-CR

Style:        Andrew Earl Jackson

**v**. The State of Texas

Date motion filed:        June 6, 2016

Type of motion:        Final Motion for Extension of Time to File Appellant's Brief

Party filing motion:        Appellant

Document to be filed:        Appellant's Brief

Is appeal accelerated?        No

If motion to extend time:

     Original due date:        March 9, 2016

     Number of previous extensions granted:        2        Current Due date: June 2, 2016

     Date Requested:        June 13, 2016

Ordered that motion is:

     ☑      **Granted**

         If document is to be filed, document due: **June 13, 2016**

         ☑      **The Court will not grant additional motions to extend time.**

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant's brief initially was due on March 9, 2016. After the Clerk of this Court notified him that the time to file a brief had expired, appellant filed a motion for an extension of time. The Court granted the motion and extended the time to file appellant's brief to April 25. On May 2, appellant filed a second motion for an extension time. The Court granted that motion and extended the time to file the brief to June 2, with no further extensions. Nevertheless on June 6, appellant filed a third motion for extension of time, requesting an extension to June 13. **The motion is granted. Appellant's brief is due to be filed no later than JUNE 13, 2016.** **No further extensions will be granted.**

Judge's signature:    /s/ Russell Lloyd

         ☑ Acting individually      ☐ Acting for the Court

Date: June 10, 2016